**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6260**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LEON G. SPRUILL,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. J. Calvitt Clarke, Jr., Senior District Judge. (CR-94-151, CA-96-827-2)

———————

Submitted: May 15, 1997      Decided: May 29, 1997

———————

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Leon G. Spruill, Appellant Pro Se. William David Muhr, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997), his motions for reconsideration of that order, and his motion for reduction of sentence. We have reviewed the record and the district court's opinions and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. United States v. Spruill, Nos. CR-94-151; CA-96-827-2 (E.D. Va. Nov. 4, 1996; Dec. 17, 1996; Jan. 13, 1997; and Jan. 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2